UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/19/2019

JASON CAMACHO, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

v.

DESALE UNIVERSITY,

Defendant.

No. 18-CV-10596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is dismissed with prejudice, but that the parties may seek to restore the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 15 and 28, and close this case.

SO ORDERED.

Dated: December 19, 2019
New York, New York

Ronnie Abrams
United States District Judge